**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED COALITION OF REASON, INC. | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:11CV00450 SWW |
| CENTRAL ARKANSAS TRANSIT AUTHORITY and ONE THE MOVE ADVERTISING, INC. | * * | |

## ORDER

William Burgess, an attorney from the District of Columbia, seeks to appear before the Court *pro hac vice* as additional counsel for Plaintiff. The motion (docket entry #4) is GRANTED. William Burgess is hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Plaintiff.

IT IS SO ORDERED THIS 8TH DAY OF JUNE, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE