# AFFIDAVIT OF BETTY WINELAND

I, Betty Wineland, being duly sworn, do hereby state under oath the following:

1. My name is Betty Wineland. I am over 21 years old and am competent to execute this Affidavit. I have personal knowledge of the facts and opinions contained herein. I make this Affidavit under penalty of perjury.

2. I am the Executive Director at Central Arkansas Transit Authority (CATA).

4. On or about February 28, 2011, Lydia Robertson of On The Move Advertising, Inc. (OTMA), informed me that an advertising agent was seeking to place advertisements on CATA buses stating, "Are you good without God? Millions are."

5. Lydia Robertson informed me at the time that the advertisements had been subject to vandalism in other markets.

6. I reviewed the proposed advertisements and informed OTMA on or about March 1, 2011, that CATA would accept the proposed advertisements. At the time, I reminded OTMA that OTMA would be responsible for any damage done as a result of the advertisements.

7. Although Lydia Robertson advised me regarding the progress of the negotiations between OTMA and the advertising agent, CATA representatives did not participate in the negotiations between the advertising agent and OTMA.

8. Neither I nor anyone from CATA ever rejected the proposed advertisements.

9. Neither I nor anyone from CATA attempted to prevent the advertisements from running on CATA vehicles.

CATA Exhibit 1

10. CATA followed the same review process regarding the proposed advertisements that it uses with every other proposed advertisements.

11. CATA has been and continues to stand ready to accept the proposed advertisements if acceptable terms are worked out between OTMA and the advertiser.

12. There was no conspiracy between OTMA and CATA to deny the placement of the proposed advertisements.

THIS CONCLUDES MY AFFIDAVIT.

*Betty Wingland*
Betty Wingland

STATE OF ARKANSAS )
) SS
COUNTY OF PULASKI )

SUBSCRIBED AND SWORN TO before me this 11th day of July, 2011.

*Wanda Chastain*
Notary Public

MY COMMISSION EXPIRES:

9-25-2012

OFFICIAL SEAL
**Wanda Chastain**
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
My Commission Expires: 09-25-2012

CATA Exhibit 1

2