IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED COALITION OF REASON, INC., )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>CENTRAL ARKANSAS TRANSIT AUTHORITY; )<br>ON THE MOVE ADVERTISING, INC., 　　　)<br>　　　　Defendants. 　　　　　　　　　) | Case No: 4:11-CV-0450 |

**ON THE MOVE ADVERTISING'S
RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW, the Separate Defendant, On the Move Advertising, Inc. ("OTMA"), by and through its attorney, Jason A. Stuart of Ball & Stuart, PLLC, and for its Response in Opposition to Plaintiff's Motion for Preliminary Injunction ("OTMA's Response in Opposition") respectfully states and alleges as follows:

1.　OTMA hereby adopts and incorporates herein by reference the Response to Motion for Preliminary Injunction filed by Central Arkansas Transit Authority (Doc. 30) on 11-JUL-2011 ("CATA's Response in Opposition").

2.　For purposes of OTMA's adoption and incorporation by reference of CATA's Response in Opposition, OTMA intends to and does hereby adopt the same facts, arguments and legal support asserted by CATA in CATA's Response in Opposition; accordingly, CATA's Response in Opposition should be deemed and interpreted to reciprocally substitute OTMA's name for that of CATA and vice versa, where necessary to effectuate OTMA's adoption by reference and intent to assert.

3.　OTMA reserves the right to plead further, as necessary, with respect to Plaintiff's Motion for Preliminary Injunction.

WHEREFORE, for the foregoing reasons, the Separate Defendant, On The Move Advertising, Inc., prays for an Order of this Court denying Plaintiff's Motion for Preliminary Injunction and granting all other relief the Court deems just and proper including, without limitation, awarding to On The Move Advertising, Inc. its attorneys' fees and expenses expended in connection with this litigation.

    Respectfully Submitted,

    On the Move Advertising, Inc.

    By:    Ball & Stuart, PLLC

    _____/s/ Jason A. Stuart_____
    Jason A. Stuart
    Arkansas Bar No. 99009
    Texas Bar No. 24044507
    415 N. McKinley St., Ste. 310
    Little Rock, AR 72205
    (501) 687-9000 (voice)
    (501) 687-9003 (facsimile)
    Jason.Stuart@Ball-Stuart.com (e-mail)
        Attorney for On the Move Advertising, Inc.

**CERTIFICATE OF SERVICE**

On this **11th day of JULY 2011**, I hereby ratify my electronic signature of the foregoing document and certify that I am, on this date, electronically filing the foregoing document in the above-styled cause using the United States Federal CM/ECF system, which shall electronically serve the foregoing document on the parties of record by sending notification of filing to the following, by emailing the same to the e-mail address(es) set forth below or such other address as the addressee may have on record with the Court through the CM/ECF system:

Ms. Carolyn Witherspoon
Mr. J.E. Jess Sweere
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Ave., Ste. 200
P.O. Box 3178 (72203)
Little Rock, AR 72201
    501.371.9999 (v)
    501.371.0035 (f)
CSpoon@cgwg.com (e-mail)
JSweere@cgwg.com (e-mail)
    Attorneys for
    Central Arkansas Transit Authority

Mr. J.G. "Gerry" Schulze
Baker, Schulze & Murphy
11219 Financial Center Pkwy., Ste. 315
Little Rock, AR 72211
    501.537.1000 (voice)
    501.246.8550 (facsimile)
Gschulze@b-s-m-law.com (e-mail)
    Attorney for Plaintiff

Mr. William Burgess
Appignani Humanist Legal Center
American Humanist Association
1777 T Street NW
Washington, D.C. 20009
BBurgess@AmericanHumanist.org (e-mail)
    Attorney for Plaintiff

    ____/s/ Jason A. Stuart_____
    Jason A. Stuart