# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED COALITION OF REASON, INC. | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:11CV00450 SWW |
| | * | |
| CENTRAL ARKANSAS TRANSIT AUTHORITY and ONE THE MOVE ADVERTISING, INC. | * | |
| | * | |
| | * | |
| | * | |
| Defendants | * | |

## ORDER

Before the Court are joint motions for dismissal and release of funds (docket entries #53, #54).  The parties report that they have entered a settlement agreement, and they ask the Court to dismiss this case with prejudice and  order the release of funds held in the Registry of the Court.

IT IS THEREFORE ORDERED that the parties' motion to dismiss (docket entry #53) is GRANTED.  By agreement of the parties, this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the parties' motion for release of funds (docket entry #54) is GRANTED.  The  Clerk of the Court is directed to release to Plaintiff's counsel the amount of $15,000 (plus interest), currently deposited in the Registry of the Court pursuant to the Court's order entered August 19, 2011 (docket entry #46).  It shall be the responsibility of Plaintiff's counsel to cause a copy of this order to be personally served upon the Clerk of the Court or the Financial Deputy.

IT IS SO ORDERED THIS 19TH  DAY OF JANUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE